# EXHIBIT P

LAW OFFICES

# PETER T. NICHOLL

ATTORNEYS AND COUNSELORS AT LAW

PETER T. NICHOLL *†
WILLIAM C. BURGY *†
MICHAEL T. EDMONDS *†▼
WILLIAM BEVERIDGE, JR. ♠▲▼
KEVIN P. BILMS ∇
SCOTT E. NEVIN *▼
THOMAS F. BURRIS, III ▼
GARY S. TOSADORI *
BRUCE H. POWELL *†
TERESA EPPS CUMMINGS*
GEORGE E. SWEGMAN* †
CAITLIN K. CARPENTER *†
BENJAMIN L. DAVIS, III*
JOHN M. WILLIAMS, JR.♠

SUITE 1700
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201

TELEPHONE (410) 244-7005
1-800-303-4930
FAX (410) 244-1047
WWW.NICHOLLLAW.COM

VIRGINIA OFFICE
SUITE 612
355 CRAWFORD STREET
PORTSMOUTH, VA 23704
(757) 397 - 6424

* ADMITTED IN MD
† ADMITTED IN DC
▲ ADMITTED IN NJ
▼ ADMITTED IN VA
♠ ADMITTED IN DE
∇ ADMITTED IN VA, NY, MA

October 12, 2018

Mr. REDACTED

RE:   <u>Jeremy Hunt, et al. v. Aldi, Inc.</u>
      Case Number: 1:18-cv-02485-PX

Dear Mr. ▮:

The Law Offices of Peter T. Nicholl recently filed a Complaint against Aldi, Inc., alleging potential improper pay practices and procedures. Specifically, the Complaint alleges that employees in the position of Store Manager were potentially not paid properly for the work they performed and entitled to unpaid wages. We have reason to believe that you have worked, or work, for Aldi, Inc. and may have information that could be useful to our case. Attached to this letter is a consent form, which would permit you to join our case as well.

Please give us a call at 410-244-7005. Additional information can be found at our website, www.nicholllaw.com. We look forward to speaking with. Thank you.

Very truly yours,

*Benjamin L. Davis*

Benjamin L. Davis, III

BLD/lmi

# NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below, I represent to the Court that I have been employed by ALDI, Inc. and/or their parents, subsidiaries, and affiliated entities within the past three (3) years, that I have worked in excess of forty (40) hours during an individual workweek for the Defendant/s, and that I have not been paid all wages owed to me pursuant to 29 U.S.C. § 201, *et. seq.* I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

_____        _____
Signature                                                          Date

_____
Name of Party Plaintiff (*Please print your name legibly*)

**Information Below will not be Filed with the Court. Please Print Legibly.**

Street Address: _____

City, State, Post Code: _____

Phone Number: _____

Email: _____

*Return this form by fax, email, or mail to:*

The Law Offices of Peter T. Nicholl
ATTN: Benjamin L. Davis, III
Fax: 410-244-8454
Email: bdavis@nicholllaw.com
Address: 36 South Charles Street, Suite 1700, Baltimore, Maryland 21201

After we receive your form, you will be contacted shortly so that we can schedule a time for you to speak with an attorney regarding the details of your case.