# EXHIBIT T

# Johnson, Louisa

| | |
|---|---|
| **From:** | George Swegman <gswegman@nicholllaw.com> |
| **Sent:** | Thursday, May 23, 2019 3:35 PM |
| **To:** | Johnson, Louisa; Francisca Bradley |
| **Cc:** | Finkel, Noah A.; Janson, Eric J.; Benjamin Davis; Kelly Burgy |
| **Subject:** | Re: Jeremy Hunt, et al. v. Aldi, Inc. |
| **Attachments:** | Jeremy Hunt Bates Docs 352-356.pdf |

**[EXT. Sender]**

Louisa,

This is in response to your request for confirmation that the Excel Spreadsheet provided to you on April 5,2019 is Plaintiffs answer to Interrogatory 4 to Plaintiff Hunt. According to the information I have, that is a complete list of the mailings regarding the Hunt Lawsuit. Some of those mailings came back as undeliverable but I understand that that list is complete. It is further my understanding that none of these people received a second mailing of any kind. Furthermore, none of the Plaintiffs made any mailings of their own and none have retained the letters themselves beyond what has already been produced or if they did they cannot find them at this time.

I am also including copies of the actual letters sent to the Plaintiffs bate stamped as you requested. We have no record of these letters being sent to Jeremy Hunt or David Martin.

GES

**From:** "Johnson, Louisa" <LOJohnson@seyfarth.com>
**Date:** Tuesday, May 21, 2019 at 10:58 PM
**To:** Francisca Bradley <fbradley@nicholllaw.com>, George Swegman <gswegman@nicholllaw.com>
**Cc:** "Finkel, Noah A." <NFinkel@seyfarth.com>, "Janson, Eric J." <EJanson@seyfarth.com>, Benjamin Davis <bdavis@nicholllaw.com>, Kelly Burgy <kaburgy@nicholllaw.com>
**Subject:** RE: Jeremy Hunt, et al. v. Aldi, Inc.

George and Francisca,
Following up on the below questions for the last time--(a) seeking confirmation that the Excel spreadsheet produced in the first email of this chain is Plaintiff Hunt's answer to Interrogatory No. 4 and constitutes a complete list of all to whom advertisements about the Hunt lawsuit were sent by the Nicholl Law Firm or plaintiffs; and (b) seeking a bates labeled production of all such communications sent by or on plaintiffs' behalf in response to Document Request No. 1 served on each plaintiff.

**Louisa Johnson** | Partner | Seyfarth Shaw LLP
1075 Peachtree Street, N.E. | Suite 2500 | Atlanta, Georgia 30309-3958
Direct: +1-404-888-1023 | Fax: +1-404-724-1523
lojohnson@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Johnson, Louisa
**Sent:** Thursday, May 16, 2019 10:04 AM
**To:** 'Francisca Bradley' <fbradley@nicholllaw.com>; 'George Swegman' <gswegman@nicholllaw.com>
**Cc:** Finkel, Noah A. <nfinkel@seyfarth.com>; Janson, Eric J. <ejanson@seyfarth.com>; 'Benjamin Davis' <bdavis@nicholllaw.com>; 'Kelly Burgy' <kaburgy@nicholllaw.com>
**Subject:** RE: Jeremy Hunt, et al. v. Aldi, Inc.

George and Francisca,
I have never received a response to the below email, and I have never received any of the various communications requested by Document Request No. 1 to each of the four named plaintiffs and that the court ordered produced.  Please answer the below question and produce all documents and communications response to Document Request No. 1 by Tuesday.  We do not want to have to go back to the court on this.

**From:** Johnson, Louisa
**Sent:** Friday, April 5, 2019 5:54 PM
**To:** Francisca Bradley <fbradley@nicholllaw.com>
**Cc:** Finkel, Noah A. <nfinkel@seyfarth.com>; Janson, Eric J. <ejanson@seyfarth.com>; George Swegman <gswegman@nicholllaw.com>; Benjamin Davis <bdavis@nicholllaw.com>; Kelly Burgy <kaburgy@nicholllaw.com>
**Subject:** RE: Jeremy Hunt, et al. v. Aldi, Inc.

Thank you.  Is this in answer to Interrogatory No. 4 to Plaintiff Hunt?  If so, is this everything responsive to Interrogatory No. 4?  Please also produce the various communications requested by Document Request No. 1 to each plaintiff as well.  Thank you.

**From:** Francisca Bradley <fbradley@nicholllaw.com>
**Sent:** Friday, April 5, 2019 5:02 PM
**To:** Johnson, Louisa <LOJohnson@seyfarth.com>
**Cc:** Finkel, Noah A. <NFinkel@seyfarth.com>; Janson, Eric J. <EJanson@seyfarth.com>; George Swegman <gswegman@nicholllaw.com>; Benjamin Davis <bdavis@nicholllaw.com>; Kelly Burgy <kaburgy@nicholllaw.com>
**Subject:** Jeremy Hunt, et al. v. Aldi, Inc.


**[EXT. Sender]**

Dear Ms. Johnson,

Please find attached the list of mailings.

Thank you.

*Francisca Bradley*
*Paralegal, Wage & Hour Dept.*
*Law Offices of Peter T. Nicholl*
*36 S. Charles Street, Ste 1700*
*Baltimore, MD 21201*
*410-244-7005 (ph)*
*410-244-8454 (fax)*

2

| Client Name Title | Client Name First | Client Name Last | Street 1 | Street 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Mr. | Roger | Agustin | | | Round Lake Beach | IL | |
| Mr. | Tristan | Alleyne | | | Richmond | VA | |
| Ms. | Rochelle | Anderson | | | Ashland | VA | |
| Mr. | Travis | Anderson | | | Quincy | IL | |
| Mr. | Todd | Bajor | | | West Springfield | MA | |
| Mr. | Matthew | Baker | | | Bear | DE | |
| Mr. | Brian | Ballard | | | Charlotte | NC | |
| Ms. | Diane | Barnard | | | Pekin | IL | |
| Mr. | Zachary | Barnes | | | Virginia Beach | VA | |
| Ms. | Katherine | Bauer | | | Kentwood | MI | |
| Mr. | Kevin | Bauer | | | Virginia Beach | VA | |
| Mr. | Paul | Becker | | | Rockford | MI | |
| Mr. | Troy | Beckman | | | Tulsa | OK | |
| Mr. | Anthony | Bell | | | Chicago | IL | |
| Mr. | Edwin | Benitez | | | Reading | PA | |
| Ms. | Sydney | Bickford | | | Towson | MD | |
| Ms. | Stephanie | Blecha | | | Chicago | IL | |
| Mr. | Derek | Bologna | | | Pasadena | CA | |
| Mr. | Erik | Bozman | | | Northridge | CA | |
| Mr. | Shannon | Breen | | | New Market | MD | |
| Ms. | Kiersten | Briggs | | | York | PA | |
| Mr. | Randall | Brooks | | | Greensboro | NC | |
| Ms. | Genene | Brown | | | Chesapeake | VA | |
| Ms. | Kimberly | Brown | | | Hammond | IN | |
| Ms. | Katilyn | Burns | | | Plainfield | IL | |
| Ms. | Jasmina | Causevic | | | Chicago | IL | |
| Ms. | Jessie | Childress | | | East Berlin | PA | |
| Ms. | Celeste | Cisneros | | | Freemansburg | PA | |
| Mr. | Bryan | Clobes | | | New Brighton | MN | |
| Mr. | Justin | Comer | | | Portage | MI | |
| Mr. | Jonathan | Comfort | | | Richmond | VA | |
| Ms. | Blanca | Contreras | | | Anaheim | CA | |
| Mr. | Jermayne | Cooper | | | Panorama City | CA | |
| Ms. | Jennifer | Cosgrove | | | Culpeper | VA | |
| Mr. | Troy | Craine | | | Lincoln | IL | |
| Mr. | Oscar | Cruz | | | Las Vegas | NV | |
| Mr. | Jack | Cwik | | | Saint Charles | IL | |
| Mr. | Jonathan | Daffron | | | Pomona | CA | |
| Ms. | Kathryn | Dame | | | Williamsburg | VA | |
| Mr. | Corbin | Dean | | | Chesapeake | VA | |
| ==Mr.== | ==Corbin== | ==Dean== | | | ==Chesapeake== | ==VA== | |
| Mr. | Matthew | DeBenedetto | | | Alexandria | VA | |
| ==Mr.== | ==Matthew== | ==DeBenedetto== | | | ==Alexandria== | ==VA== | |
| Ms. | Judi | Deitrich | | | Hazle Township | PA | |
| Ms. | Brandy | Delaney | | | Love Park | IL | |
| Mr. | Brad | Dellert | | | Shohola | PA | |
| Mr. | Nicholas | Demers | | | North Syracuse | NY | |
| Mr. | Troy | Deonnei | | | Minneapolis | MN | |

Case 8:18-cv-02485-PX   Document 59-20   Filed 10/21/19   Page 5 of 8

| | | | | | |
|---|---|---|---|---|---|
| Mr. | Ricardo | Dinkins | | Clinton | MD |
| Ms. | Emilie | Drum | | Philadelphia | PA |
| Mr. | Jeff | Druml | | Wauconda | IL |
| Mr. | John | Earsom | | Cambridge | MN |
| Mr. | Philip | Ecdao | | Venice | CA |
| Ms. | Jennifer | Elmange | | Azusa | CA |
| Mr. | Harold | Fernandez | | Spruce Pine | NC |
| Ms. | Deana | Ferry | | Winston Salem | NC |
| Ms. | Deana | Ferry | | Winston-Salem | NC |
| Ms. | Maria | Figueroa | | Newport News | VA |
| Ms. | Maria | Figueroa | | Newport News | VA |
| Ms. | Cassie | Flick | | Delton | MI |
| Mr. | Robert | Flores | | Santa Paula | CA |
| Ms. | Sherry | Flory | | Alexandria | VA |
| Mr. | Patrick | Foley | | Midland | MI |
| Ms. | Anita | Franklin | | Brooklyn | MD |
| Ms. | Tabitha | Frye | | Winchester | VA |
| Ms. | Olga | Fuentes | | Jacksonville | NC |
| Ms. | Nicole | Gallup | | Raleigh | NC |
| Mr. | Phillip | Garrison | | Randallstown | MD |
| Ms. | Allison | Gomez | | Roscoe | IL |
| Mr. | Tim | Gorts | | Clayton | NC |
| Mr. | Tim | Gorts | | Clayton | NC |
| Mr. | Nathan | Green | | Pittsburgh | PA |
| Mr. | Jordan | Greene | | Charlotte | NC |
| Ms. | Rachel | Gross | | Elkridge | MD |
| Mr. | Jon | Groth | | Fennville | MI |
| Ms. | Lianne | Guertin | | Agawam | MA |
| Ms. | Martina | Hamilton | | Birdsboro | PA |
| Mr. | Damir | Hamzic | | Chicago | IL |
| Ms. | Kristian | Harper | | Chicago | IL |
| Mr. | Chad | Harrell | | Glen Allen | VA |
| Mr. | Gordon | Heilmann | | Upland | CA |
| Mr. | Jarade | Henderson | | Elgin | IL |
| Mr. | Michael | Hendrickson | | Minneapolis | MN |
| Mr. | Raul | Hernandez | | Temecula | CA |
| Mr. | Greg | Hernquist | | Huntersville | NC |
| Mr. | Alfonso | Herrera | | Downey | CA |
| Mr. | Chris | Hollenbach | | Essex | MD |
| Mr. | Timothy | Hom | | Beaumont | CA |
| Mr. | Michael | Hoshield | | Sterling Heights | MI |
| Ms. | Danielle | Hryckiewicz | | Bolingbrook | IL |
| Ms. | Stephanie | Hudson | | Matthews | NC |
| Mr. | Elliott | Hughes | | Swanzey | NH |
| Mr. | Benjamin | Huizenga | | Thousand Oaks | CA |
| Mr. | Nathan | Irvin | | Philadelphia | PA |
| Ms. | Olivia | Janisse | | Kankakee | IL |
| Ms. | JaToria | Jones | | Portsmouth | VA |
| Mr. | Jonathan | Koch | | Plainfield | IL |

| | | | | | |
|---|---|---|---|---|---|
| Ms. | Jennifer | Koller | ███ | Grand Rapids | MI |
| Mr. | James | Krakowski | ███ | Spring Grove | IL |
| Ms. | Holly | Kroeger | ███ | Maplewood | MN |
| Ms. | Latanya | Lartheridge | ███ | Chicago | IL |
| Mr. | Joshua | Lawrence | ███ | San Francisco | CA |
| Mr. | Brad | Lawson | ███ | Peoria | IL |
| Ms. | Marie | Lebrun | ███ | York | PA |
| Mr. | Blake | Lichthardt | ███ | Bartlett | IL |
| Mr. | George | Limberopoulos | ███ | Manteno | IL |
| Mr. | Vang | Lor | ███ | Minneapolis | MN |
| Ms. | Adrionna | Marchman | ███ | Oceanside | CA |
| Ms. | Anna | Martin | ███ | Winchester | VA |
| Ms. | Fonda | Mathis | ███ | Portsmouth | VA |
| Mr. | Scott | Mattern | ███ | Lakeville | MN |
| Ms. | Laura | McCloud | ███ | Ponca City | OK |
| Mr. | Peter | McGinley | ███ | Morgantown | WV |
| Mr. | Nate | McKee | ███ | Knoxville | IL |
| Mr. | Billy | McKenzie | ███ | Midland | NC |
| Mr. | Kevin | Mead | ███ | Abingdon | MD |
| Ms. | Shannaon | Miller | ███ | Northfield | MN |
| Ms. | Lori | Moleterno | ███ | Willow Springs | IL |
| Ms. | Kaitlyn | Morris | ███ | Naperville | IL |
| Mr. | Gregory | Mosher | ███ | San Diego | CA |
| Mr. | Ryan | Mosher | ███ | Jenison | MI |
| Ms. | Jennifer | Murphree | ███ | Nottingham | MD |
| Mr. | Curtis | Myers | ███ | Embarrass | MN |
| Mr. | Jeremy | Newkirk | ███ | Kingfisher | OK |
| Ms. | Lisa | Nieves | ███ | Homeland | CA |
| Ms. | Nikita | Nikolaev | ███ | Huntersville | NC |
| Mr. | Michael | Nourie | ███ | Lakeville | MN |
| Mr. | Brian | O'Neill | ███ | Aliso Viejo | CA |
| Ms. | Asmahan | O'Reagan | ███ | Raleigh | NC |
| ==Ms.== | ==Asmahan== | ==O'Reagan== | ███ | ==Clayton== | ==NC== |
| Ms. | Natoshia | Olin | ███ | Holland | MI |
| Mr. | Mark | Olthoff | ███ | San Dimas | CA |
| Mr. | German | Ortega | ███ | Oak Lawn | IL |
| Mr. | Frank | Osmani | ███ | Oak Lawn | IL |
| Ms. | Giancarla | Owca | ███ | Batavia | IL |
| Mr. | Robert | Owens | ███ | Virginia Beach | VA |
| Ms. | Jess | Pacheco | ███ | Beaumont | CA |
| Mr. | Brian | Packard | ███ | Portage | MI |
| Mr. | Krisztian | Pall | ███ | Woodbridge | VA |
| Ms. | Susan | Pan | ███ | Montgomery | MN |
| Mr. | David | Pedraza | ███ | Plainfield | IL |
| Mr. | Alfred | Perry | ███ | Philadelphia | PA |
| Mr. | Nicholas | Perry | ███ | Chicago | IL |
| Ms. | LaSasha | Phillips | ███ | Long Beach | CA |
| Mr. | Russell | Polum | ███ | Albertville | MN |
| Mr. | Michael | Puglisi | ███ | Bel Air | MD |

| | | | | | |
|---|---|---|---|---|---|
| Mr. | Canaan | Ramirez | ■■■ | Virginia Beach | VA |
| Mr. | Canaan | Ramirez | ■■■ | Virginia Beach | VA |
| Mr. | Shqipe | Recica Sefa | | Gaithersburg | MD |
| Ms. | Ula | Roberts | | Oswego | IL |
| Ms. | Jan | Rodriguez | | Glendale Heights | IL |
| Mr. | Matthew | Rogers | | Derby | KS |
| Ms. | Lisa | Romberger | | Jackson | MI |
| Ms. | Stephanie | Romero | | Aurora | IL |
| Mr. | Danny | Rosario | | North Chesterfield | VA |
| Mr. | Danny | Rosario | | Chesterfield | VA |
| Ms. | Daniel | Ruiz | | Monee | IL |
| Ms. | Cesar | Salceda | | Chicago | IL |
| Mr. | Christopher | Sanchez | | Hope Mills | NC |
| Ms. | Steph | Sanchez | | Detroit | MI |
| Ms. | Candace | Saucedo | | Lockport | IL |
| Mr. | Adam | Schroeder | | Rochester | MN |
| Ms. | Ann | Schroeder | | Owatonna | MN |
| Mr. | Tyson | Schuler | | Tulsa | OK |
| Ms. | Robyn | Schumacher | | Yucaipa | CA |
| Ms. | Jolene | Schweim | | Savage | MN |
| Mr. | Fisnik | Seferi | | Dekalb | IL |
| Mr. | Chris | Shatto | | Kansas City | KS |
| Ms. | Jillian | Shed | | Yukon | OK |
| Ms. | Marquisiana | Shuler | | Richlands | NC |
| Mr. | Shawn | Simmons | | Norfolk | VA |
| Mr. | Shawn | Simmons | | Chesapeake | VA |
| Ms. | Kristian | Simpson | | Joliet | IL |
| Ms. | Sarah | Slayman | | Richmond | VA |
| Mr. | Curt | Stender | | Oak Lawn | IL |
| Mr. | Kevin | Stitt | | Shippensburg | PA |
| Ms. | Imani | Stokes | | Gwynn Oak | MD |
| Ms. | Chasity | Summerall | | Mooresville | NC |
| Ms. | Kaleigh | Sutliff | | Darien | IL |
| Ms. | Carissa | Sweeney | | Belvidere | IL |
| Mr. | JD | Sylvanus | | Johnsburg | IL |
| Mr. | Kevin | Syphrett | | Kernersville | NC |
| Mr. | Curt | Teachout | | Middleville | MI |
| Mr. | Jonathan | Theisen | | Algonquin | IL |
| Mr. | Mark | Thomas | | Wichita | KS |
| Mr. | Jesse | Thompson | | Saint Paul Park | MN |
| Ms. | Julie | Toczyl | | Stillwater | OK |
| Mr. | Kevin | Tran | | Garden Grove | CA |
| Ms. | Danielle | Tucker | | Philadelphia | PA |
| Mr. | Branden | Vadnais | | Coon Rapids | MN |
| Ms. | Karlee | Valdez | | Fontana | CA |
| Ms. | Kim | Van Winkle | | Cleveland | OK |
| Mr. | Orlando | Vargas | | Fontana | CA |
| Ms. | Secundino | Vazquez | | Chicago | IL |
| Ms. | Esmeralda | Velasco | | Chicago | IL |

| | | | | | |
|---|---|---|---|---|---|
| Ms. | Jacklynne | Via | █ | Milton | WV |
| Ms. | Sisamone | Vongphamay | █ | San Diego | CA |
| Mr. | Michael | Wackerly | █ | Leland | NC |
| Mr. | Michael | Wackerly | █ | Leland | NC |
| Ms. | Tyeshia | Washington | █ | Philadelphia | PA |
| Mr. | Eldert | White | █ | Pittsburgh | PA |
| Mr. | Kellen | Williams | █ | Charlotte | NC |
| Mr. | Fred | Wilson | █ | Menifee | CA |
| Mr. | Michael | Wilson | █ | Blanchard | OK |
| Mr. | William | Wilson | █ | Olathe | KS |
| Mr. | Jon | Wiltrout | █ | Annville | PA |
| Mr. | Bryan | Wolf | █ | Olathe | KS |
| Mr. | Travis | Wolkey | █ | Skiatook | OK |
| Ms. | Nicole | Womack | █ | Wichita | KS |
| Mr. | Randy | Yeingst | █ | Sinking Spring | PA |
| Ms. | Janelle | Young | █ | Norfolk | VA |