# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **JEREMY HUNT,** *et al.*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**ALDI, INC.**<br><br>　　　　Defendant. | Case No.: 8:18-cv-02485-PX |

### PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUEST
### FOR LEAVE TO FILE SUR-REPLY

　　　　Plaintiffs have no objection to Defendant's Request to address the details of the Notice process, such as the length of the Notice period and the possibility of reminder Notices, if and when Conditional Certification is granted.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ George E. Swegman*
　　　　　　　　　　　　　　　　　　　　George E. Swegman, Esquire (#19444)
　　　　　　　　　　　　　　　　　　　　The Law Offices of Peter T. Nicholl
　　　　　　　　　　　　　　　　　　　　36 South Charles Street, Ste. 1700
　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21201
　　　　　　　　　　　　　　　　　　　　Phone:  (410) 244-7005
　　　　　　　　　　　　　　　　　　　　Fax:　　(410) 244-8454
　　　　　　　　　　　　　　　　　　　　*gswegman@nicholllaw.com*

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this  19th  day of November 2019, a copy of the foregoing was served via electronic filing on:

Louisa Johnson, Esquire
*Admitted Pro Hac Vice*
Seyfarth Shaw, LLP
1075 Peachtree Street, N.E., Ste. 2500
Atlanta, GA 30309
*lojohnson@seyfarth.com*

Noah A. Finkel, Esquire
*Admitted Pro Hac Vice*
Seyfarth Shaw, LLP
233 S. Wacker Drive, Ste. 8000
Chicago, IL 60606
*nfinkel@seyfarth.com*

Eric J. Janson, Esquire (#16928)
Seyfarth Shaw, LLP
975 F. Street, N.W.
Washington, D.C. 20004
*ejanson@seyfarth.com*

*Attorneys for Defendant*

                                                                        */s/ George E. Swegman*
                                                                        George E. Swegman